UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| In the Matter of the Administrative Inspection<br><br>IN RE: Machias Family Pharmacy<br>194 Main Street,<br>Machias, ME 04654 | )<br>)<br>)   Case No. 1:26-mj-00039-JCN<br>)<br>)<br>)<br>)<br>)<br>) |

**APPLICATION FOR AN ADMINISTRATIVE INSPECTION WARRANT**

I, a DEA Diversion Investigator employed by the United States of America, request an Administrative Inspection Warrant and state under penalty of perjury that I have reason to believe that on the following property:

Machias Family Pharmacy, 194 Main Street, Machias, ME 04654

located in the District of Maine, there is now located:

Controlled Substances Act Records, Reports, and Documents on the controlled premises as well as Equipment, Finished and unfinished Drugs, Listed Chemicals, and other Substances or Materials, Containers, and Labeling.

The basis for the search is 21 U.S.C. § 880, whereby the United States Drug Enforcement Agency ("DEA") may enter during business hours for the purpose, *inter alia*, of inspecting: (1) controlled premises of persons and firms registered under the Controlled Substances Act (21 U.S.C. § 801, *et seq.*) in order to inspect, copy, and verify the correctness of all records, reports and other documents required to be kept or made under the control and enforcement provisions of 21 U.S.C. §§ 801, *et seq.*, and 21 C.F.R. §§ 1310, *et seq.*; and (2) within reasonable limits and in a reasonable manner, controlled premises and all pertinent equipment, finished and unfinished drugs, listed chemicals, and other substances or materials, containers, and labeling found therein, and—except with respect to financial data, sales data other than shipment data, and pricing data—all other things therein, including records, files, papers, processes, controls, and facilities, appropriate for verification of the records, reports, and documents required to be kept or made under the control and enforcement provisions of 21 U.S.C. §§ 801, *et seq.*

The application is based on these facts:

Please see attached my affidavit, which is incorporated herein.

*Emma Jane Hinnigan*
_____
Applicant's signature

Emma J. Hinnigan, DEA Diversion Investigator
_____
Printed name and title

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Feb 04 2026

City and state: Bangor, ME

_____
Judge's signature

John C Nivison U.S. Magistrate Judge
_____
Printed name and title