AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 1:26-mj-00039-JCN | Date and time warrant executed: 2-10-2026 at 09:00 | Copy of warrant and inventory left with: Benjamin Okafor, Pharmacist in Charge |
| Inventory made in the presence of : Diversion Investigators Emma Hinnigan and Angela Martin | | |

Inventory of the property taken and name of any person(s) seized:

Copies of: controlled substance purchase records; controlled substance dispensing reports; controlled substance inventories; controlled substance disposal records; and other documents required by the CSA.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  February 13, 2026

*Executing officer's signature*

Emma Hinnigan, Diversion Investigator

*Printed name and title*

Print    Save As...    Reset